IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PERSONAL KEEPSAKES, INC. | ) | |
| d/b/a POETRYGIFTS.COM, | ) | <u>JURY DEMANDED</u> |
| an Illinois corporation, | ) | |
| Plaintiff, | ) | NO. |
| -vs- | ) | |
| | ) | |
| ETC TRADE, LLC, | ) | DIST. JUDGE: |
| a California limited liability company; | ) | |
| and, DOE I through DOE V, | ) | |
| | ) | MAG. JUDGE: |
| Defendants. | ) | |

## <u>COMPLAINT</u>

Plaintiff, PERSONAL KEEPSAKES, INC., d/b/a POETRYGIFTS.COM, by its attorney,

MARK H. BARINHOLTZ, P.C., complains against the Defendant(s), and each of them jointly

and severally, and alleges:

### <u>Jurisdiction & Venue</u>

1.    This Court has jurisdiction over this case under 28 U.S.C. § 1338 and § 1367.

Venue is properly laid in this District under 28 U.S.C. § 1391(b) and (c), and § 1400(a).

### <u>Parties</u>

2.    Plaintiff, PERSONAL KEEPSAKES, INC. ("PKI"), is an Illinois corporation,

engaged in the business of designing, producing and distributing for sale via the Internet, framed

and unframed gift items, personalized with verses for particular occasions, names and/or dates.

Plaintiff has done business under the Internet URL and domain name identity *poetrygifts.com*

since approximately January 2000. Plaintiff's business is located in this District.

3.    Defendant, ETC TRADE, LLC d/b/a *etctrade.com* ("ETC") is, upon information

and belief, a California limited liability company, engaged in the business of designing, producing

and distributing for sale via the Internet, framed and engraved gift items, personalized with verses

for particular occasions, names and/or dates. ETC has, for some unknown period of time, done

business under the Internet URL and domain name identity *etctrade.com* nationwide and within

this District; and therefore, ETC may be found here.

4.     Upon information and belief, one or more entities or individuals, transacting business, located in or which may be found in this District, herein named as Defendant(s) DOE I through DOE V, are participating or have participated in, financially benefitted from and/or aided and abetted the infringing acts and violative conduct at issue here, or are otherwise contributorily or vicariously liable as hereinafter alleged.

## Background

5.     At or about January 2000, and at various times thereafter, PKI obtained exclusive rights through Patricia Veit, an owner of PKI, to use various literary works created by Veit in relation to the sale of gift items through its then primary website *poetrygift.com*. ("the Works")

6.     Seven (7) of the Works at issue in this action are set forth as part of group Exhibit "A" attached hereto. (the "Infringed Works")

7.     Prior to filing the instant suit, PKI discovered that ETC and Doe Defendant(s) collectively had caused or contributed to cause, the Infringed Works to be copied and disseminated by various means, including but not limited to, (i) by reproducing and copying the Infringed Works onto products and items virtually identical to and competitive with PKI's products and items, (ii) by displaying reproductions of the Infringed Works for purposes of advertising sales of the products on Defendant(s)' various websites, including but not limited to *etctrade.com*, and (iii) by disseminating such reproductions of the Infringed Works worldwide via the Internet through postings on at least one of Defendant(s) company-related websites; and all in an effort to maximize sales of the infringing and unlawful items, and other products over the Internet and otherwise (the "Infringing Uses"), but all without any permission or authorization from PKI.

8.     That the aforesaid infringements, and acts and omissions in furtherance thereof, constituted conduct expressly and intentionally aimed and targeted against the state of Illinois by the Defendants, and each of them, acting individually and in concert with one another, and with the specific knowledge, reasonable grounds to know or willfully blinding themselves to the fact that PKI is an Illinois firm, and ETC and Doe Defendants were thereby responsible for, or for

contributing to, such infringing activities in Illinois.

9.      Copies of portions of the web pages on which the Infringed Works, originally titled by Veit and/or PKI as *"Mom," "You're a Special Person," "To My Husband (Wife)," "To My Parents On My Wedding Day," "To Our Flower Girl," "To Our Ring Bearer,"* and *"Missing You This Christmas,"* but as they are re-titled and unlawfully posted as online advertising on ETC's website *etctrade.com*, are attached hereto as part of group Exhibit "B". Copies of several examples of the types of products ETC markets, bearing certain of the Infringed Work(s) of PKI, as they were advertised on the Internet at the time of the filing of the instant suit, are attached hereto as group Exhibit "C".

10.     At all times relevant, on each and every page of the PKI website(s), PKI posted a visible copyright notice.

11.     The Infringed Works contain substantial material wholly original with their creative author, Patricia Veit, an owner of PKI, and constitute copyrightable subject matter under the copyright laws of the United States of America. All verses appearing on PKI's website(s), unless specifically excluded by reference to a particular author and/or as a work in the public domain, are original to Patricia Veit as their creative author and/or to PKI as commissioning author.

12.     PKI d/b/a *poetrygifts.com* and/or *poetrygift.com*, in coordination with Veit, has complied with all requirements of the U.S. Copyright Act, and obtained copyright registration for the Works, including the Infringed Works, from the Register of Copyrights, under various Certificates of Registration: No. TXu 537-182 eff. date 9/09/92;  No. TXu 1-002-142 eff. date 11/08/00; No. TXu 1-001-529 eff. date 8/21/01;  and, No. TXu 1-333-648 eff. date 1/05/07. (Copies of those Certificates are attached hereto as Exhibits "D", "E", "F" and "G" respectively.)

## COUNT I
### (Copyright Infringement)

13.     Plaintiff incorporates by reference and realleges each and every allegation contained in Paragraphs 1 through 12 hereof, and for this Count I alleges against the Defendant(s), and each

of them jointly and severally, as follows.

14.    No license was granted to, or obtained by ETC or other Doe Defendant(s), or any of them, for the reproduction and/or use of the Works for any purpose.

15.    From at least March, 2014 and, upon information and belief, at various times prior thereto, ETC and Doe Defendant(s) infringed the copyrights in the Works, and PKI's exclusive rights therein, by various means, including but not limited to, (i) downloading or otherwise making unauthorized digital copies of the Works, (ii) incorporating the Infringed Works into, and otherwise reproducing them on the unlawful product items, and selling such items bearing copies of the Infringed Works, (iii) incorporating and uploading the unauthorized copies of the Infringed Works onto ETC's and/or Doe Defendant(s) websites and various third-party websites in order to advertise and promote the sales of the unlawful product items bearing reproductions of the Infringed Works, (iv) displaying the unauthorized copies of the Infringed Works on the accused website(s) via the Internet, and (v) disseminating the unauthorized displays and reproductions of the Infringed Works worldwide through the accused website(s) via the Internet.

16.    That such acts aforesaid by ETC and Doe Defendant(s) were and are for its/their own pecuniary use and benefit, and infringe upon PKI's exclusive copyright rights in the Infringed Works.

17.    That unless the Court intervenes to compel the cessation of such acts, PKI is informed and believes that the unlawful infringements, are threatened and/or are likely to continue.

18.    That by virtue of the acts hereinabove alleged, ETC and Doe Defendant(s) have infringed PKI's copyright rights, and said Plaintiff has been caused to and has thereby, suffered and sustained irreparable harm and economic injury.

<u>**COUNT II**</u>
**(Liability vs. Doe I through Doe V)**

19.    Plaintiff incorporates by reference and realleges each and every allegation contained in Paragraph 1 through 18 hereof, and for this Count II alleges against Defendant(s) Doe I through

4

Doe V, and each of them jointly and severally, together with ETC and/or other Doe Defendant(s), as follows.

20.     On information and belief, one or more individual(s), firm(s), affiliate(s) or contractor(s), acting in concert with ETC, was a conscious, active and dominant force causing or contributing to cause, and which resulted in, the unlawful infringements herein alleged.

21.     That alternatively, or in addition to other infringers above alleged, on information and belief there are various persons and firms who financially benefitted from and/or retained rights to exercise control over such unlawful activities as are alleged above, and are therefore vicariously liable for such infringements.

22.     On information and belief, those individuals, firms, affiliates and/or contractors above referenced who personally or directly contributed to, authorized and/or participated in infringing PKI's Work(s), and its exclusive rights therein, otherwise violated its rights by the various means aforesaid, *inter alia*.

23.     That such tortious acts hereinabove alleged against such Doe Defendant(s) were and are for their own individual gain and benefit, as well as the gain and benefit of their firms, affiliates or contractors, and infringe upon PKI's exclusive copyrights in the Work(s).

24.     That by virtue of the acts hereinabove alleged, Defendants Doe I through Doe V infringed PKI's copyrights, and it has been caused to and has thereby suffered and sustained irreparable harm and economic injury.

WHEREFORE, Plaintiff, PERSONAL KEEPSAKES, INC., prays for findings and judgment in its favor and against ETC and the Doe Defendant(s), and each of them jointly and severally, as follows:

A.     That Defendant(s) have infringed Plaintiff's copyright rights in the Works in violation of 17 U.S.C. § 501.

B.     That Defendant(s) be required to pay to Plaintiff such actual damages as Plaintiff

has sustained in consequence of Defendant(s)' infringements and other violations, and to account for all gains, profits and advantages derived by Defendant(s) therefrom, or such statutory damages for all infringements and violations as shall appear proper within the provisions of Chapter 5, *inter alia*, of the copyright laws.

   C.  That Defendant ETC, and various of the Doe Defendant(s), are liable to Plaintiff for such reasonable attorney fees, and exemplary damages, incurred in this action as may be allocated to infringements and violations, as follows:

     i.  That the Copyright Act, § 504(c)(2) thereof, provides, *inter alia*, that willful infringement of copyright is punishable by an award of statutory damages, if applicable, in amounts up to and including $150,000.00 for each work infringed;

     ii.  That Plaintiff is entitled to the recovery of costs of enforcement, including attorney fees for the infringement of copyright in the Works as allowed pursuant to 17 U.S.C. § 412(2), *e.g.*, infringements which commenced after the effective date of applicable copyright registration;

     iii.  That Plaintiff be entitled to a separate award of attorney fees and statutory damages, irrespective of the effective date of its copyright registrations, for such conduct in the event it is determined that Defendant(s) have violated Plaintiff's rights under the Digital Millennium Copyright Act, *inter alia*, 17 U.S.C. § 1202 thereof;

   D.  That the Court grant such other and further relief as is reasonable to remedy infringements and violations in any manner, either at law or in equity, including injunction, impounding and reasonable disposition of all infringing articles, as follows:

     i.  That Defendant(s) along with any agents and servants, and all those persons in active concert or participation with each or any of them be permanently restrained and enjoined from directly or indirectly infringing Plaintiff's copyright rights in any manner, and from displaying, exhibiting, causing, contributing to, or participating in, the unauthorized display, exhibition or distribution in any manner of the Work(s) or any component part thereof,

electronically or otherwise, or as reproduced on any goods relating thereto.

        ii.    That Defendant(s), their officers, directors, principals, agents, servants, employees, successors and assigns and all those in active concert or participation with each or any of them be permanently enjoined and restrained from manufacturing, producing, distributing, circulating, selling, advertising, promoting or displaying anything bearing any simulation, reproduction, derivative adaptation, counterfeit, copy or colorable imitation of any works created or licensed by PKI including but not limited to the Work(s), or any goods relating thereto.

        iii.    That Defendant(s) be required to deliver up for destruction all forms and copies of the Infringing Uses and all promotional and advertising material and other unauthorized matter which picture, reproduce or utilize any infringing part of the Works, or any goods relating thereto.

        E.    Together with pre-judgment interest, Plaintiff's costs and reasonable attorney fees.

PLAINTIFF DEMANDS TRIAL BY JURY

                        PERSONAL KEEPSAKES, INC.
                        d/b/a POETRYGIFTS.COM, Plaintiff.

                By: _____*/s/ Mark Barinholtz*_____
                         Attorney

Mark Barinholtz, Esq.
MARK H. BARINHOLTZ, P.C.
Attorneys for Plaintiff
55 West Monroe Street
Suite 3600
Chicago, IL 60603
(312) 977-0121

Melinda H. Schramm, Esq.
Attorney for Plaintiff
55 West Monroe Street
Suite 3600
Chicago, IL 60603
(312) 977-0121

# Exhibit "A"

# ETCtrade.com

## List of Infringed Works

| Personal Keepsakes (Infringed Works) | ETCtrade.com |
|---|---|
| Mom<br><br>There are angels God puts on this earth who care for us and guide us.<br>You can feel their love and gentleness As they walk <u>through</u> life beside us.<br>God blessed me with a person like that She loves me more than any other.<br>And I'm thankful I'm the lucky one Who gets to call her <u>MOTHER</u>.<br><br>Reg. No. TXu 1-001-529<br>Eff. Date: 8-21-01 | (Make Your Own Mom Wooden Picture Frame; e.g., Product Item # 201137)<br><br>There are angels God puts on this earth who care for us and guide us.<br>You can feel their love and gentleness as they walk *their* life beside us.<br>God blessed me with a person like that.<br>She loves me more than any other and I'm thankful I'm the lucky one who gets to call her *MOM*. |
| <u>You're A Special Person</u><br><br><u>Grandma</u>, you're a special <u>person</u>.<br>Your love knows no bounds.<br>A room takes on a special warmth whenever you're around.<br><u>You think I'm cute and talented and maybe, even wise;</u><br><u>But I know that's because all grandmas see through loving eyes.</u><br>Every day with you is precious <u>and</u> I'm so grateful for <u>our</u> time.<br>Of all the grandmas in the world <u>I'm</u> thankful that you<u>'re</u> mine.<br><br>Reg. No. TXu 537 182<br>Eff. Date: 9-9-92 | (Grandma & Grandpa Poem, e.g., Product Item # 301138)<br><br>** *You are* ** special **!<br>Your love knows no bounds.<br>A room takes on a special warmth whenever you're around.<br>**<br>**<br>**<br>** ** (Make You Own Banner... Add'l use, Product Item # 201196)<br><br>I'm so grateful for *the* time *we spend together and*<br>every day with you is precious.<br>Of all the Grandmas in the world, I *am* thankful that you *are* mine! |

| Personal Keepsakes | ETCtrade.com |
|---|---|
| To My Husband (Wife)<br><br>For better or worse, through thick and thin,<br>You've been there by my side.<br>sharing the laughter and the tears<br>through life's uncertain ride.<br>We don't know what the future holds<br>in store for you and me<br>but this I know, without a doubt<br>the best is yet to be!<br><br>Reg. No. TXu 537-182<br>Eff. Date: 9-09-92 | (Make Your Own You & I Wooden Picture Frame; e.g. Product Item # 210931)<br><br>For better or worse, through thick and thin,<br>you've been there by my side<br>sharing the laughter *&* the tears<br>through life's uncertain ride.<br>We don't know what the future *has*<br>in store for you *&* me<br>but this I know, without a doubt<br>the best is yet to be! |
|    To My Parents On My Wedding Day<br>It's hard to find the right words to tell you how I feel.<br>I want to deeply thank you for all you've done for me.<br>But "thank you" only begins to say what's in my heart today.<br><br>I sometimes took for granted your guidance and caring ways.<br>The sacrifices made for me may have seemed to go unnoticed.<br><br>But, as I start a new chapter in my life today, I want you to know that your love and support are among my most cherished memories.<br><br>Reg. No.  TXu 537 182<br>Eff. Date: 9-9-92 | (Thank You On My Special Day Keepsake; e.g., Product Item # 320915)<br><br>*In Our Hearts*<br>It's hard to find the right words to tell you how *we* feel.<br>*We* want to deeply thank you for all you've done for *us*.<br>But "thank you" only begins to say what's in *our* hearts today.<br><br>(Thank You Wooden Picture Frame; Add'l use, Product Item # 540834)<br><br>*A New Chapter*<br>As *we* start a new chapter in *our lives*, *we* want you to know that your love and support *will forever remain among our* most cherished memories. |
|    To Our Flower Girl<br>How lucky we are to have a flower girl<br>who's so cute in every way<br>Someone who knows how to walk down an aisle<br>and steal everyone's heart away.<br><br>So thank you for being our flower girl,<br>Dropping petals to lead the way<br>But thank you most of all<br>for helping to make ours<br>a perfect wedding day.<br><br>Reg. No. TXu 1-002-142<br>Eff. Date: 11-08-2000 | (Thank You Flower Girl Poem Wooden Pic Frame; e.g., Product Item # 901383)<br>*Thank You* Flower Girl<br>How lucky we are to have a flower girl<br>who's so cute in every way.<br>Someone who knows how to walk down an aisle<br>and steal everyone's heart away.<br><br>So thank you for being our flower girl,<br>*and helping* to lead the way.<br>But thank you most of all<br>for helping to make ours<br>a perfect wedding day. |

| Personal Keepsakes | ETCtrade.com |
|---|---|
| To Our Ring Bearer<br>How lucky we are to have a ring bearer<br>who's so cute in every way<br>Someone who knows how to walk down an<br>aisle and steal everyone's heart away.<br><br>So thank you for being our ring bearer, and<br>for helping to lead the way<br>But thank you most of all<br>for helping to make ours<br>a perfect wedding day.<br><br>Reg. No. TXu 1-002-142<br>Eff. Date:  11-08-2000 | (Ring Bearer Poem Wooden Pic Frame;<br>e.g., Product Item # 701341)<br><br>*Thank You* Ring Bearer<br>How lucky we are to have a ring bearer<br>who's so cute in every way.<br>Someone who knows how to walk down an<br>aisle and steal everyone's heart away.<br><br>So thank you for being our ring bearer, and<br>** helping to lead the way.<br>But thank you most of all<br>for helping to make ours<br>a perfect wedding day. |
| Missing You This Christmas<br>Though you're far away this Christmas<br>and I wish that you were not<br>I find myself thinking of you and<br>missing you a lot.<br><br>Fond memories of past Christmases<br>flood my mind while we're apart<br>and this Christmas, as in the past,<br>I'll keep you close at heart.<br><br>May this photo album be a way to keep us<br>close at Christmas and all year through.<br><br><br>Reg. No. TXu 1-333-648<br>Eff. Date:  1-05-2007 | (You and I During Christmas Time<br>Wooden Plaque; e.g., Product Item #<br>601227)<br><br>*Close at Heart*<br>Though you're far away this Christmas<br>And I wish that you were not.<br>I find myself thinking of you and<br>Missing you a lot.<br>*Happy* memories of *us*,<br>Flood my mind while we're apart<br>And this Christmas, as *always*,<br>I'll keep you close at heart.<br>** |

# Exhibit "B"



**A personalized gift is a forever Gift...**

Like    Share    Need help? just click the button Or call us toll-free at **1-800-805-9508**





TESTED  17-MAR

Sign In

Search [          ] GO    Home Page    Shopping Cart    My Account    Order Information    Specials    Contact Us

Shop by Occasion    Shop by Recipient    Specialty Shops    Gifts with...    Shop by Category

Home » Catalog » Family Personalized Gifts » Make Your Own Mom Wooden Picture Frame

CATEGORIES

SHOP BY OCCASION

Wedding & Anniversary
New Baby
Birthdays & Congrats
More >>

SHOP BY RECIPIENT

Baby Gifts
Kids Gifts
Birthday Gifts
More >>

SPECIALTY SHOPS

Zippo Lighters
More >>

GIFTS WITH...

Airplanes
Apples
Bulls
More >>

SHOP BY CATEGORY

Bookmarks & Bookends
Plates & Plaques
Business Card Holders
More >>

NEWSLETTER

Full Name : [          ]
Email : [          ]
SUBMIT



CLICK TO ENLARGE    ShareThis

## Make Your Own Mom Wooden Picture Frame
[201137]

**Price:**

(No reviews)

Be the first to Write a Review

Show Mom how much she is loved with this wonderful wooden picture frame that has "Mom" engraved at the top left with a heart in place of the "O." Let your kids decide what they want to say to show their love for Mom with this great keepsake that is a perfect gift for Mother's Day, her birthday, or other special occasions.

Exclusive design by etcTrade

**Poem Options:** Click on the POEM SAMPLE tab BELOW for options.

**Photo Sizes:** 4" x 6", 5" x 7" or 8" x 10" depending on the size you select.
**Fast Turnaround:** 1-2 business days for personalization, before shipping.

ADD TO CART    SAVE THIS GIFT    TELL A FRIEND    Pinit

Personalize this Item    Product Features    Size Options    Poem Sample    Reviews

**Poem Options (engraved on left side of frame):**

"I" Version:
There are angels
God puts on this earth
who care for me and guide me.
I can feel their love and gentleness
as they walk their life beside me.
God blessed me with
a person like that,
she loves me more than any other.
And I'm thankful I'm the
lucky one who gets to call her
MOM.

"We" Version:
There are angels
God puts on this earth
who care for us and guide us.
You can feel their love and gentleness
as they walk their life beside us.
God blessed us with
a person like that,
she loves us more than any other.
And we're thankful we're the
lucky ones who get to call her
MOM.

## You may also be interested in these gift ideas



A personalized gift is a forever Gift...

Like   Share

Need help? just click the button. Or call us toll-free at 1-800-805-9508

 

TESTED 17-MAR

Sign In

Search [        ] GO   Home Page   Shopping Cart   My Account   Order Information   Specials   Contact Us

Shop by Occasion   Shop by Recipient   Specialty Shops   Gifts with...   Shop by Category

Home » Catalog » Family Personalized Gifts » Grandma and Grandpa Poem Wooden Picture Frame

CATEGORIES

SHOP BY OCCASION
Wedding & Anniversary
New Baby
Birthdays & Congrats
More >>

SHOP BY RECIPIENT
Baby Gifts
Kids Gifts
Birthday Gifts
More >>

SPECIAL BY SHOPS
Zippo Lighters
More >>

GIFTS WITH...
Airplanes
Apples
Bulls
More >>

SHOP BY CATEGORY
Bookmarks & Bookends
Plates & Plaques
Business Card Holders
More >>



Grandma & Grandpa

⊕ CLICK TO ENLARGE        ShareThis



Grandpa

## Grandma and Grandpa Poem Wooden Picture Frame
[301138]

**Price:** $24.95

5.0   (1 review)

Read 1 Review   Write a Review

Grandparents are very special people. Show your grandma, grandpa, or grandma and grandpa how much they mean to you with this laser engraved picture frame. It makes a sweet gift to show your love and appreciation for your grandparents on holidays and other important occasions.

**Poem Options:** Click on the POEM SAMPLE tab BELOW for options.

Exclusive design by etcTrade

**Photo Sizes:** 4" x 6", 5" x 7" or 8" x 10" depending on the size you select.

**Fast Turnaround:** 1-2 business days for personalization, before shipping.

ADD TO CART   SAVE THIS GIFT   TELL A FRIEND   Pin it

NEWSLETTER

Full Name :
Email :
SUBMIT

Personalize this item   Product Features   Size Options   Poem Sample   Reviews

**Poem Options (engraved on left side of frame):**

Poem #1 (For Grandma & Grandpa):
You are special!
Your love knows no bounds.
A room takes on a special warmth
whenever you're around.
We're so grateful for the time
we spend together and
every day with you is precious.
Of all the Grandparents
in the world,
we are thankful that you are ours!

Poem #2 (For Grandma ONLY):
You are special!
Your love knows no bounds.
A room takes on
a special warmth
whenever you're around.
I'm so grateful for the time
we spend together and
every day with you is precious.
Of all the Grandmas
in the world,
I am thankful that you are mine!

Poem #3 (For Grandpa ONLY):
You are special!
Your love knows no bounds.
A room takes on
a special warmth
whenever you're around.
I'm so grateful for the time
we spend together and
every day with you is precious.
Of all the Grandpas

*Choose "I" for a gift from one child
or "We" for a gift from
more than one child.
(Text in the poem of your choice
will be changed to "I" or "We"
depending on your choice).
Choose "I" or "We" in the options below.*



etc
TRADE

A personalized gift is a forever Gift...

Like    Share    Need help?        
just click the button
or call us toll-free at
1-800-805-9508    TESTED 17-MAR

Sign In

Search [        ]  GO    Home Page    Shopping Cart    My Account    Order Information    Specials    Contact Us

Shop by Occasion    Shop by Recipient    Specialty Shops    Gifts with...    Shop by Category

Home » Catalog » Personalized Gifts for Him » Make Your Own You and I Wooden Picture Frame

CATEGORIES

SHOP BY OCCASION
Wedding & Anniversary
New Baby
Birthdays & Congrats
More >>

SHOP BY RECIPIENT
Baby Gifts
Kids Gifts
Birthday Gifts
More >>

SPECIALTY SHOPS
Zippo Lighters
More >>

GIFTS WITH...
Airplanes
Apples
Bulls
More >>

SHOP BY CATEGORY
Bookmarks & Bookends
Plates & Plaques
Business Card Holders
More >>

NEWSLETTER

Full Name : [        ]
Email : [        ]
        SUBMIT

## Make Your Own You and I Wooden Picture Frame
[210931]

Price: $24.95

⭐ (8 reviews)

Read 8 Reviews    Write a Review

⊕ CLICK TO ENLARGE    ShareThis

This laser engraved frame is a perfect gift for couples. Display one of your favorite photos that shows your true love for each other. Surprise your special someone with this heartfelt gift for Valentine's Day, an anniversary, or other special occasion.

**Poem & Quote Options:** Click on the POEM SAMPLE tab BELOW for options.

Exclusive design by etcTrade

**Photo Sizes:** 4" x 6", 5" x 7" or 8" x 10" depending on the size you select.
**Fast Turnaround:** 1-2 business days for personalization, before shipping.

ADD TO CART    SAVE THIS GIFT    TELL A FRIEND    Pin it

Personalize this Item    Product Feat...    Size Options    Poem Sample    Reviews

**Poem & Quote Options:**

Poem #1
For better or worse,
through thick and thin,
you've been there
by my side
sharing the laughter
& the tears
through life's
uncertain ride.
We don't know what
the future has in store
for you & me
but this I know,
without a doubt
the best is yet to be!

Poem #2
I love you so deeply,
I love you so much,
I love the sound
of your voice
and the way
that we touch.
I love your warm smile
and the joy
that you bring
to my life every day,
I love you today
as I have
from the start,
and I'll love you forever
with all of my heart!

Poem #3
Love is patient,
love is kind.
Love bears all things,
believes all things,
hopes all things,
endures all things.
Love never fails.
1 Corinthians 13:4-8

Quote #1
To love is to
find pleasure
in the happiness
of the person loved.
-Leibnitz

Quote #2
If I know what love is,
it is because of You.
-Herman Hesse

Quote #3
Not one day
has passed
that I have not
loved you.
-Napoleon Bonaparte

Quote #4

Quote #5

Quote #6

 **etc** TRADE   A personalized gift is a forever Gift...

Like   Share   3.8K   Need help?
just click the button
Or call us toll-free at
1-800-805-9508

 Questions? Click here to leave us a message.>>>

 McAfee SECURE
TESTED 17-MAR

Sign In

Search [_____] GO   Home Page   Shopping Cart   My Account   Order Information   Specials   Contact Us

Shop by Occasion   Shop by Recipient   Specialty Shops   Gifts with...   Shop by Category

Home » Catalog » Family Personalized Gifts » Thank You on My Special Day Keepsake

CATEGORIES

SHOP BY OCCASION
Wedding & Anniversary
New Baby
Birthdays & Congrats
More >>

SHOP BY RECIPIENT
Baby Gifts
Kids Gifts
Birthday Gifts
More >>

SPECIALTY SHOPS
Zippo Lighters
More >>

GIFTS WITH...
Airplanes
Apples
Bulls
More >>

SHOP BY CATEGORY
Bookmarks & Bookends
Plates & Plaques
Business Card Holders
More >>

NEWSLETTER

Full Name : [_____]
Email : [_____]
SUBMIT



⊕ CLICK TO ENLARGE      ShareThis



Design Options

### Thank You on My Special Day Keepsake
[320915]

**Price:** ~~$49.95~~

5.5   (2 reviews)

Read 2 Reviews    Write a Review

Soften the ache your parents feel in giving you away while expressing your gratitude with this emotive engraved keepsake. Personalize it with a message to your parents and create a memorable token for them to remember your wedding day by.

Exclusive design by etcTrade

**Dimensions:** 6" H x 4" W x 1" thick.

**Fast Turnaround:** 1-2 business days for personalization, before shipping.

ADD TO CART    SAVE THIS GIFT    TELL A FRIEND    Pin it

**Added by Counsel:**

See infringing text on engraved clear acrylic block ⟵

Made part of Complaint Exhibit "C"

Personalize this Item    Product Features    Poem Sample

**Top of Keepsake reads:**

Thank You

### You may also be interested in these gift ideas


Thank You on My Special Day Wooden Picture Frame
$24.95


I Owe Everything to...Keepsake
$49.95


Thank You on My Special Day Wooden Plaque
$34.95


Thank You on My Special Day Wooden Photo Album
$39.95

| COMPANY INFO » | SERVICES » | POLICY » | OTHER LINKS » |
|---|---|---|---|
| FAQ | Order Information | Privacy Notice | All Products |
| Contact Us | Shipping & Delivery | Guarantee & Return Policy | |
| | | Copyright & Trademarks | |

 **etc** A personalized gift is a forever Gift...

Like   Share   3.8K   Need help? just click the button Or call us toll-free at 1-800-805-9508    **Questions?** Click here to leave us a message.     McAfee SECURE   TESTED 17-MAR

Search [        ] GO     Home Page     Shopping Cart     My Account     Order Information     Specials     Contact Us     Sign In

Shop by Occasion     Shop by Recipient     Specialty Shops     Gifts with...     Shop by Category

Home » Catalog » Family Personalized Gifts » Thank You on My Special Day Wooden Picture Frame

CATEGORIES

SHOP BY OCCASION
  Wedding & Anniversary
  New Baby
  Birthdays & Congrats
  More >>

SHOP BY RECIPIENT
  Baby Gifts
  Kids Gifts
  Birthday Gifts
  More >>

SPECIALTY SHOPS
  Zippo Lighters
  More >>

GIFTS WITH...
  Airplanes
  Apples
  Bulls
  More >>

SHOP BY CATEGORY
  Bookmarks & Bookends
  Plates & Plaques
  Business Card Holders
  More >>

NEWSLETTER

Full Name : [        ]
Email : [        ]
        SUBMIT



⊕ CLICK TO ENLARGE     ShareThis

## Thank You on My Special Day Wooden Picture Frame
[540834]

**Price:** $~~24.95~~

5.0     (3 reviews)

Read 3 Reviews     Write a Review

On your most special of days, you want to make sure your parents know how cherished they are and always will be; this frame is the perfect way to express your gratitude. Beautifully engraved with your choice of title, this frame makes a great gift for the mother or father of the bride or groom, as well as anyone you would like to thank on your wedding day.

Exclusive design by etcTrade

**Photo Sizes:** 4" x 6", 5" x 7" or 8" x 10" depending on the size you select.

**Fast Turnaround:** 1-2 business days for personalization, before shipping.

ADD TO CART     SAVE THIS GIFT     TELL A FRIEND     Pin it

| Personalize this Item | Product Features | Size Options | Poem Sample | Reviews |

Top of Frame reads:

Thank You

Poem Options (engraved on left side of frame):

A New Chapter

As we start
a new chapter
in our lives,
we want you to know
that your love and support
will forever remain among
our most cherished memories.

## You may also be interested in these gift ideas



**To My Parents on My Wedding Day Wooden**



**Thank You on My Special Day Keepsake**



**To My Parents Wooden Picture Frame**



**To My Mom & Dad on My Wedding Day Wooden**



A personalized gift is a forever Gift...

Like   Share

Need help?
just click the button
Or call us toll-free at
1-800-805-9508





TESTED   17-MAR

Sign In

Home » Catalog » Wedding Personalized Gifts » Flower Girl Poem Wooden Picture Frame

CATEGORIES

SHOP BY OCCASION

Wedding & Anniversary
New Baby
Birthdays & Congrats
More >>

SHOP BY RECIPIENT

Baby Gifts
Kids Gifts
Birthday Gifts
More >>

SPECIALTY SHOPS

Zippo Lighters
More >>

GIFTS WITH...

Airplanes
Apples
Bulls
More >>

SHOP BY CATEGORY

Bookmarks & Bookends
Plates & Plaques
Business Card Holders
More >>

NEWSLETTER

Full Name : [          ]
Email : [          ]
            SUBMIT

⊕ CLICK TO ENLARGE        ShareThis

## Flower Girl Poem Wooden Picture Frame

[901383]

Price: $24.95

4.8   (12 reviews)

Read 12 Reviews    Write a Review

Display a memorable wedding photo of you and your flower girl with our personalized Flower Girl picture frame. This wooden frame makes a great wedding gift idea to show your thanks and appreciation for your flower girl's hard work. "Flower girl" is engraved down the right side of the frame with a beautiful flower in place of the letter "o."

**Poem Options:** Click on the POEM SAMPLE tab BELOW for options.

Exclusive design by etcTrade

**Photo Sizes:** 4" x 6", 5" x 7" or 8" x 10" depending on the size you select.

**Fast Turnaround:** 1-2 business days for personalization, before shipping.

ADD TO CART    SAVE THIS GIFT    TELL A FRIEND    Pin it

Personalize this Item    Product Features    Size Options    Poem Sample    Reviews

**Poem Options (engraved on left side of frame):**

Poem #1 - A Special Flower Girl
A wedding is not complete
without a pretty flower girl
who is precious, dear
and sweet just like you!

Our sweet little one,
you're a special
flower girl
and our special day
could never be the same
if it wasn't for you!
(a date or message can be
personalized here)

Poem #2 - Thank You Flower Girl
How lucky we are
to have a flower girl
who's so cute in every way.
Someone who knows
how to walk down an aisle
and steal everyone's heart away.

So thank you
for being our flower girl,
and helping to lead the way.
But thank you most of all
for helping to make ours
a perfect wedding day.
(a date or message can be
personalized here)

Poem #3 - A Keepsake For You
When the music begins
and it's time to go,
you'll carry a basket



**etc** A personalized gift is a forever Gift...

Like  Share  Need help? just click the button Or call us toll-free at **1-800-805-9508**

 Questions? Click here to leave us a message. >>>

 McAfee SECURE
TESTED  17-MAR

Sign In

Home » Catalog » Wedding Personalized Gifts » Ring Bearer Poem Wooden Picture Frame

CATEGORIES

SHOP BY OCCASION

  Wedding & Anniversary
  New Baby
  Birthdays & Congrats
  More >>

SHOP BY RECIPIENT

  Baby Gifts
  Kids Gifts
  Birthday Gifts
  More >>

SPECIALTY SHOPS

  Zippo Lighters
  More >>

GIFTS WITH...

  Airplanes
  Apples
  Bulls
  More >>

SHOP BY CATEGORY

  Bookmarks & Bookends
  Plates & Plaques
  Business Card Holders
  More >>

NEWSLETTER

Full Name : [          ]
Email : [          ]
    SUBMIT



⊕ CLICK TO ENLARGE    ShareThis

# Ring Bearer Poem Wooden Picture Frame
[701341]

**Price:** $24.95

4.9  (7 reviews)

Read 7 Reviews    Write a Review

Display a memorable wedding photo of you and your ring bearer with our personalized ring bearer picture frame that features 2 engraved wedding bands. This wooden frame makes a great wedding gift idea to show your thanks and appreciation for your ring bearer's hard work.

Exclusive design by etcTrade

**Poem Options:** Click on the POEM SAMPLE tab BELOW for options.

**Photo Sizes:** 4" x 6", 5" x 7" or 8" x 10" depending on the size you select.
**Fast Turnaround:** 1-2 business days for personalization, before shipping.

ADD TO CART    SAVE THIS GIFT    TELL A FRIEND

| Personalize this Item | Product Features | Size Options | Poem Sample | Reviews |

**Poem Options (engraved on left side of frame):**

Poem #1 - A Special Ring Bearer
A wedding is not complete
without a handsome
ring bearer
who is special, dear
and sweet just like you!

You're a special
ring bearer,
and our special day
could never be the same
if it wasn't for you!
(a date or message can be
personalized here)

Poem #2 - Thank You Ring Bearer
How lucky we are
to have a ring bearer
who's so cute in every way.
Someone who knows
how to walk down an aisle
and steal everyone's heart away.

So thank you
for being our ring bearer,
and helping to lead the way.
But thank you most of all
for helping to make ours
a perfect wedding day.
(a date or message can be
personalized here)

**You may also be interested in these gift ideas**



**etc**TRADE   A personalized gift is a forever Gift.

Like   Share   3.8K   Need help? Just click the button Or call us toll-free at 1-800-805-9508

 Questions? Click here to leave us a message. ›››

 McAfee SECURE   TESTED  17-MAR

Sign In

Search [          ] GO    Home Page    Shopping Cart    My Account    Order Information    Specials    Contact Us

Shop by Occasion    Shop by Recipient    Specialty Shops    Gifts with...    Shop by Category

Home » Catalog » Plates & Plaques » You & I During Christmas Time Wooden Plaque

CATEGORIES

SHOP BY OCCASION
- Wedding & Anniversary
- New Baby
- Birthdays & Congrats
- More >>

SHOP BY RECIPIENT
- Baby Gifts
- Kids Gifts
- Birthday Gifts
- More >>

SPECIALTY SHOPS
- Zippo Lighters
- More >>

GIFTS WITH...
- Airplanes
- Apples
- Bulls
- More >>

SHOP BY CATEGORY
- Bookmarks & Bookends
- Plates & Plaques
- Business Card Holders
- More >>

NEWSLETTER

Full Name : [          ]
Email : [          ]
SUBMIT

⊕ CLICK TO ENLARGE    ShareThis



Back of Plaque

## You & I During Christmas Time Wooden Plaque
[601227]

Price: $34.95

0.0   (No reviews)

Be the first to  Write a Review

Give love away this Christmas with our You and I During Christmas Time personalized wooden plaque. This beautiful plaque is perfect for that special someone in your life and its candy cane heart and holly leaves decoration makes it a great way to celebrate the season of joy and peace.

**Poem Options:** Click on the POEM SAMPLE tab BELOW for options.

Exclusive design by etcTrade

**Plaque Dimensions:** 7" L x 9" H x 3/4" thick
(Stand is included with plaque)

**Fast Turnaround:** 1-2 business days for personalization, before shipping.

ADD TO CART    SAVE THIS GIFT    TELL A FRIEND    Pinit

Personalize this Item    Product Features    Poem Sample    Reviews

**Poem Options:**

**Poem #1 - Priceless Love**
We hold each other so dear,
with the sights and scents
of Christmas,
I'm so glad you're so near.
Nothing warms my heart
more than knowing that
forever and always with me
is the priceless love
you give me.

**Poem #2 - One Wish**
All I want for Christmas
is one and only one gift.
Not from a store or even a mall.
A present that comes from within,
can't be wrapped in a box
or tied in a bow.
I have only one wish
this Christmas
and to spend time it is
with me loving you
and you loving me!

**Poem #3 - Close at Heart**
Though you're far away this Christmas
and I wish that you were not.
I find myself thinking of you
and missing you a lot.
Happy memories of us,
flood my mind while we're apart
and this Christmas, as always,
I'll keep you close at heart.



# Exhibit "C"







# Exhibit "D"

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TXu   537 182**

TX          TXU

EFFECTIVE DATE OF REGISTRATION

9          27          92
Month       Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

**Keepsakes**

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

**NOTE**

**a**

NAME OF AUTHOR ▼

**Patricia E. Veit**

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼
**10-1-50         living**

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
**Collection of poems**

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**  **a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
**1992** ◀ Year

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶          Day ▶          Year ▶
ONLY if this work has been published.                                        ◀ Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

**Patricia E. Veit**
**4983 Essington Lane**
**Barrington, IL  60010**

APPLICATION RECEIVED
SEP. 29 1992

ONE DEPOSIT RECEIVED
SEP. 29 1992

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ____ pages

EXAMINED BY    *M2C*    FORM TX

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

TXu    537 182

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
N/A

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**    A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼
N/A                                                    Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Patricia E. Veit
4983 Essington Lane
Barrington, IL  60010
             Area Code & Telephone Number ▶   **(708) 359-6706**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                   ☒ author
                              Check one ▶  ☐ other copyright claimant
                                                   ☐ owner of exclusive right(s)
                                                   ☐ authorized agent of _____
of the work identified in this application and that the statements made          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Patricia E. Veit
                                                                date ▶  **7/16/92**

☞ Handwritten signature (X) ▼
*Patricia E. Veit*

**10**

**11**

MAIL
CERTIFI-
CATE TO

Name ▼
        Ms Patricia E. Veit

Number/Street/Apartment Number ▼
        4983 Essington Lane

Certificate
will be
mailed in
window
envelope

City/State/ZIP ▼
        Barrington, IL    60010

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Exhibit "E"

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REG



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

TXu 1-002-142

EFFECTIVE DATE OF REGISTRATION

NOV 0 8 2000

Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼

Personal Keepsakes VI ~~and Website~~ *

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**a**  NAME OF AUTHOR ▼

Personal Keepsakes, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   [ ] Yes  [X] No
Pseudonymous? [ ] Yes [X] No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
text of *Poetry ~~and Internet website~~ *

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   [ ] Yes  [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   [ ] Yes  [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2000 ◀ Year  in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶     Day ▶     Year ▶
ONLY if this work has been published.     ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Personal Keepsakes, Inc.
4983 Essington Lane
Barrington, IL  60010

See instructions before completing this space.

APPLICATION RECEIVED
NOV 06 2000
ONE DEPOSIT RECEIVED
NOV 06 2000
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
                 • See detailed instructions.     • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of 2 pages

**\*Amended by C.O. from phone call to Patricia Veit on October 1, 2001.**

EXAMINED BY

CHECKED BY

FORM TX

☑ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

N/A

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  **Name/Address/Apt/City/State/ZIP** ▼

Patricia E. Veit
4983 Essington Lane
Barrington, IL 60010

FAX (847) 991-2567
email  pat@poetrygifts.com

Area Code and Telephone Number ▶ (847) 705-0754

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **Personal Keepsakes, Inc.**
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Patricia E. Veit          Date ▶ 10/28/00

☞  Handwritten signature (X) ▼

*Patricia E Veit*

**10**

**MAIL CERTIFICATE TO**

**Name** ▼
**Number/Street/Apt** ▼
**City/State/ZIP** ▼

Ms. Patricia E. Veit

4983 Essington Lane

Barrington, IL 60010

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1895—300,000          ♻ PRINTED ON RECYCLED PAPER          ✩U.S. GOVERNMENT PRINTING OFFICE: 1996-387-292/47

# Exhibit "F"

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

TXu 1-001-529

EFFECTIVE DATE OF REGISTRATION

AUG 21 2001
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Personal Keepsakes VII* ~~and Website~~

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

## 2

**a**   **NAME OF AUTHOR ▼**

Personal Keepsakes, Inc

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Poetry ~~and Internet Website~~

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2001 *
◄ Year in all cases.
This information must be given

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information   Month ▶          Day ▶          Year ▶
ONLY if this work has been published.
◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Personal Keepsakes, Inc.
4983 Essington Lane
Barrington, IL 60010

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
AUG. 21 2001
ONE DEPOSIT RECEIVED
AUG. 21 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___   ___ pages

\*Amended by C.O. per phone call and correspondence received from Patricia Veit of Personal Keepsakes, Inc. on Jul 11, 2002. Also confirmed that this work is all new.

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| ☑ CORRESPONDENCE ☑ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
N/A

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                         Account Number ▼
N/A

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Patricia E. Veit
4983 Essington Lane
Barrington, IL 60010          fax: (847) 991-2567
                              email: veit10281@home.com
Area Code and Telephone Number ▼ (847) 705-0754

Be sure to give your daytime phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **Personal Keepsakes, Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Patricia E. Veit                                    date▶ 7/9/2001

👉 Handwritten signature (X) ▼
*Patricia E. Veit*

**10**

**MAIL CERTIFICATE TO**
Name ▼
Ms. Patricia E. Veit
Number/Street/Apartment Number ▼
4983 Essington Lane
City/State/ZIP ▼
Barrington, IL 60010

Certificate will be mailed in window envelope

**YOU MUST**
· Complete all necessary spaces
· Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $30 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
January 1995—400,000 ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

# Exhibit "G"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Non-dramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIST

**TXu 1 – 333 – 648**

TXu001333648

EFFECTIVE DATE OF REGISTRATION

Jan 5 2007

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

*PERSONAL KEEPSAKES X*

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼         Number ▼            Issue Date ▼              On Pages ▼

---

## 2
### a
**NAME OF AUTHOR ▼**

*PERSONAL KEEPSAKES INC.*

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼ *ENTIRE TEXT*

**NOTE**
Under the law, the author of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was made for hire, check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

### b
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

### c
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
If the answer to either of these questions is "Yes," see detailed instructions
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

## 3
### a
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ▼ *2006* ◀ Year in all cases.

### b
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶         Day ▶         Year ▶         ◀ Nation
ONLY if this work has been published.

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

*PERSONAL KEEPSAKES INC*
*4983 ESSINGTON LANE*
*BARRINGTON IL 60010*

APPLICATION RECEIVED
JAN 0 5 2007
ONE DEPOSIT RECEIVED
JAN 0 5 2007
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

FUNDS RECEIVED

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

| EXAMINED BY | HW | | FORM TX |
|---|---|---|---|
| CHECKED BY | | | |
| | ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is Yes  why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes  give Previous Registration Number ▶

Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

*N A*

**a**

**6**

Material Added to This Work  Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼          Account Number ▼

*N A*

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / Zip ▼

*PATRICIA E VEIT*
*4983 ESSINGTON LANE*
*BARRINGTON, IL 60010*

**b**

Area code and daytime telephone number ▶          Fax number ▶ *(847) 991-2567*

Email ▶ *Info@ Poetrygift com*

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author *PV*
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  *PERSONAL KEEPSAKES INC*
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

*PATRICIA E VEIT*          Date ▶ *11-15-06*

Handwritten signature (X) ▼

X ____ *Patricia E Veit* _____

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address | Name ▼ *PATRICIA E. VEIT* |
|---|---|
| | Number/Street/Apt ▼ *4983 ESSINGTON LANE* |
| | City/State/ZIP ▼ *BARRINGTON, IL 60010* |

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

17 USC § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application  shall be fined not more than $2 500

Form TX   F 9  Rev 07/2006  Print 07/2006 — 30 000  Printed on recycled paper          U S Government Printing Office 2004-320-958/30 122